

FILED

10/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

IN THE MATTER OF CALLING A DISTRICT
JUDGE TO ACTIVE SERVICE

O R D E R

_____

The District Judges of the Seventh Judicial District of the State of Montana have recused themselves from Dawson County Cause No. DC-20-79, *State of Montana v. Jacob Michael Rieger*, and have requested the assistance of a District Judge from another judicial district to assume jurisdiction.

The Honorable Michael B. Hayworth from the Sixteenth Judicial District has advised that he is agreeable to assisting the Seventh Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Michael B. Hayworth is hereby authorized to assist the Seventh Judicial District of the State of Montana and shall assume judicial authority of Dawson County Cause No. DC-20-79, *State of Montana v. Jacob Michael Rieger*.

2. Judge Hayworth is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

3. A copy of this Order shall be filed with the Clerk of Court of Dawson County, with the request that this Order be sent to all counsel of record in Cause No. DC-20-79, *State of Montana v. Jacob Michael Rieger*.

A copy of this Order shall be provided to the District Judges of the Seventh Judicial District, the Honorable Michael B. Hayworth, and Beth McLaughlin, Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 30th day of October, 2020.

_____
Chief Justice